NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CISCO SYSTEMS, INC.,**
*Appellant*

**v.**

**RAMOT AT TEL AVIV UNIVERSITY LTD.,**
*Appellee*

———————————

2024-1726, 2024-1727, 2024-1728

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00575, IPR2022-00576, IPR2022-01283.

———————————

## JUDGMENT

———————————

ANGELA M. OLIVER, Haynes and Boone, LLP, Washington, DC, argued for appellant. Also represented by ADAM LLOYD ERICKSON; THEODORE M. FOSTER, Denver, CO; DEBRA JANECE MCCOMAS, DAVID L. MCCOMBS, Dallas, TX; LAURA VU, San Francisco, CA.

DENISE MARIE DE MORY, Bunsow De Mory LLP, Redwood City, CA, argued for appellee. Also represented by WAYNE MICHAEL HELGE, Alexandria, VA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, MAYER and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 13, 2026
Date

Jarrett B. Perlow
Clerk of Court